## JULIUS WITKOWSKI AND WIFE *v.* LOUIS SELBY.

Power is vested by the Code of Practice in the Clerks of District Courts, to grant orders of injunction in the absence of the Judge from the parish, or when he is interested in the cause ; but they are in all cases required to take bond and security from the party at whose suit the order of injunction is granted.

Where a party obtained an injunction to arrest the execution of an order of seizure and sale, without giving bond and security, as required by Articles 739 and 740 of the Code of Practice—*Held :* That, the injunction being dissolved, the party against whom it was wrongfully obtained is entitled to recover from the party obtaining it five per cent. damages on the amount of the judgment enjoined.

APPEAL from the District Court of the Parish of Carroll, *Farrar,* J.

*Sparrow & Montgomery,* for plaintiffs. *Louis Selby,* in pro. per., defendant and appellant.

LAND, J. The plaintiffs obtained an order of injunction, without giving bond and security, under Articles 739 and 740 of the Code of Practice, to arrest the execution of an order of seizure and sale obtained by the defendant on certain mortgage notes which had been executed by the plaintiffs in his favor.

The defendant filed a motion to dissolve the injunction, on certain specified grounds, and prayed for damages against the plaintiffs, under the statute, for illegally suing out the writ.

The injunction was dissolved ; but the District Judge refused to allow damages to the defendant, and he has appealed, and assigns for error the refusal of the District Judge to award him damages, under the statute, as prayed for in his motion to dissolve the injunction.

The order of injunction was granted by the District Clerk, and the only question for our decision is, whether District Clerks have power to grant orders of injunction without requiring bond and security.

Since the Code of Practice went into effect, power has been vested in the Clerks of District Courts to grant orders of injunction in the absence of the Judge from the parish, or when he is interested in the cause ; but they are, *in all cases,* required to take bond and security from the party at whose suit the order of injunction is granted. Acts of 1855, p. 50.

The District Clerk, therefore, acted illegally in granting the order of injunction without requiring bond and security, and his omission of official duty cannot inure to the benefit of the plaintiffs, who wrongfully obtained the order and sued out the writ of injunction.

It is, therefore, ordered, adjudged and decreed, that the judgment of the lower court be reversed, so far as it rejects the defendant's claim for damages under the statute ; and it is now ordered, adjudged and decreed, that the defendant recover of the plaintiffs *in solido* the sum of five hundred dollars damages, the same being five per cent. on the amount of the judgment enjoined ; and that the judgment of the lower court, thus amended, be affirmed, with costs in both courts.